UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY

CASE NO. 06-61444-CIV-COHN/SNOW

WACHOVIA BANK, N.A. f/k/a
SOUTHTRUST BANK,

    Plaintiff,

vs.

M/V PHOENICIA, her engines, tackle,
rigging, dinghies, equipment, etc., having
Official No. 725020, *in rem*; PHOENICIA
INTERNATIONAL, LTD., Mortgagor; DAVID
H. PEASE, JR., Co-Borrower; CAROL R.
PEASE, Co-Borrower; and SUMMIT
ENTERPRISES, INC., Guarantor,

    Defendants.
_____/

**DEFAULT FINAL JUDGMENT**

    **THIS CAUSE** is before the Court upon Plaintiff Wachovia Bank's Motion for Final Default Judgment and Motion for Order Directing Sale of the M/V Phoenicia [DE 28] and supporting materials [DE 29-32]. Plaintiff seeks a final default judgment of foreclosure against the M/V Phoenicia, her engines, tackle, apparel, appurtenances, etc., *in rem*; final default judgment against Defendants Phoenicia International Ltd, David H. Pease, Jr., Carol R. Pease, and Summit Enterprises, Inc. *in personam*, and an order directing the sale of the Vessel Phoenicia by the U.S. Marshal with the proceeds of sale applied towards satisfaction of the final judgments entered. The Court having considered the Motion and the supporting materials, the entire file of this case including Plaintiff's Verified Complaint [DE 1], return of service upon the Defendants [14, 16-19],

the Clerk's entry of default against the Defendants [DE 26, 27], and the failure of the Defendants to respond to the instant Motion, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Plaintiff Wachovia Bank's Motion for Final Default Judgment [DE 28] is **GRANTED**.

2. Judgment of foreclosure is hereby entered in favor of Plaintiff Wachovia Bank, N.A. and against the M/V Phoenicia, her engines, tackle, apparel, appurtenances, etc.

3. Judgment is hereby entered in favor of Plaintiff Wachovia Bank, N.A. and against Defendants Phoenicia International, Ltd., David H. Pease, Jr., Carol R. Pease, and Summit Enterprises, Inc. in the amount of $1,780,837.45, consisting of $1,689,810.02 in unpaid principal, plus the amount of $67,730.63 in interest through today (at $324.07 per diem), plus late charges of $700, plus various fees and costs associated with the repossession and storage of the vessel totaling $19,532.78, plus costs associated with the maintenance of this action totaling $475.02, plus attorney's fees of $2,589.00.

4. This judgment of $1,780,837.45 shall bear interest at the rate of 5.10 percent per annum from the date of this Default Final Judgment, for which let execution issue.

5. Plaintiff's Motion for an Order Directing Sale of the M/V Phoenicia is **GRANTED**. In accordance with Rule E(9)(b) of the Supplemental Rules

for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and Local Rules (E)(16) and (17), the court directs the Marshal to sell M/Y Phoenicia, with adequate notice provided and with the sale proceeds, or so much there of as shall be adequate to satisfy the judgment, paid into the court to await further orders of the court.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 5th day of February, 2007.

JAMES I. COHN
United States District Judge

Copies provided to:

Mark R. Hanson, Esq.